(1" from top of page, and centered,
begin title of Court)

REC'D BY _____ D.C.
JAN 2 7 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

(Full Name of Plaintiff/s) , Plaintiff(s) vs. *Cedric Cunningham*

(Full Name of Defendant/s), *World Wrestling Entertainment*

Defendant(s).
_____/

## COMPLAINT

I, *Cedric C.*, plaintiff, in the above styled cause, sue defendant(s): *WWE for 500 billion dollars for emotional distress*

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): *8th Constitutional right Cruel-n usual punishment 14th Constitutional right discrimination. Hate Crime 18 U.S Code $$ 249*

Dated: Month, day, year                Respectfully submitted,

*Cedric Cunningham*
Name of Filer
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

Party or Attorney Name
Attorney E–mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

Party or Attorney Name
Attorney E–mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

A TRUE COPY

Cedric Cunningham 1901089CF10A
VS
State

JAN 25 2021

I'm filing a summons against the W.W.E, World Wrestling Entertainment for emotional distress, Cruel-n-Unusual Punishment, they display domestic and internationally. Where an unfamiliar spirit from the graham-miller family tortures Cedric Cunningham intentionally, Then Submitt written material to degrade Cedric Cunningham intentionally by using Sorcery to Sexual abuse Cedric Cunningham by ~~~~ playing in his rearend. Then make fun of it as a mockery by generating new day, slogan Booty O's, while he degrade me, torture me, while the mcmahon's ~~~~ making a Sale off of hundreds millions watchers domestic and Internationally every mon or every Thurs, tue, Fri, whatever day Smack down is on. Since they are changing the days up, and Including views off ~~pay~~ per views every month. Which one television views is ~~~~ around a dollar. Making hundrend of millions off of degrading acts, toward Cedric Cunningham, then the

~~WWWW~~) WWE app that people pay monthly to subscribe to watch degrading things toward Cedric Cunningham, and there's no type of way, what they doing is case related, and it's other things that's degrading as well towards Cedric. Wyatt the wrestler, stretching how I stretch, while the Unfamiliar Spirit talks about me stretching at Publix, also the Charmed one's. Mother name Piper, I went to Piper and so much more to disclose but the Unfamiliar Spirit is trying to erase my memory on certain things about this sceanrio. But this is ~~obs~~truction of Justice, and ~~obs~~truction to on Federal Investigation for Private gain. All this is bribery just to ~~torture~~ Cedric Cunningham, and make a mockery of him. Also I reported this situation and more to the Federal Bureau of Investigation in South Florida in Mirmar, FL. Next I will be showing the sales of gross ~~out~~ off of the ~~merchand~~ his merchandise, and air time and

Pay Per Views.

## Airtime Sales / Merchanorse Sales :

Just one household can have 4 t.v's. If four t.v's is watching W.W.E at the same time that's four dollars just for that ~~house~~ household. So let's say 7 million people tune into the W.W.E on 7 million seperate t.v's that night. That's 7 million dollars earned, and Seperated with USA network or what other Cable Provider they use. So if its the Same amount of Views every week for a month, which is 7 million. The gross of Views for a month for one show is 28 million, add the other Show it will 56 million. Where this is a Scenario, Knowing

more views. Means more money, and о... ... ... a month will g... ... ... ... ... ... more things I will be ch...s...ing, like Mr. Mich...el I have p...ple use ti... w...E, o... a ... ... at a S...t... that ... Remechated upo... ... Q...t...n, and w... watching ..., who I mean government officials ... ... ... ... ... ... th... ... ... ...ent, p... ... ... ... ... with c...mm... Then make the song called Magic

Image reflects quality of original submission